**Date: June 29th, 2025**

**To whom it may concern,**

**My name is Perla Santana, and I am writing this letter on behalf of Tyrrell Cherry, who is the father of my child. I respectfully ask the Court to consider the consistent commitment Tyrrell has shown as a father in our daughter's life.**

**Tyrrell has never missed a single birthday, graduation, or any important milestone. Despite the physical distance, he has always made it a priority to stay present and connected with her. Our daughter has always felt loved and supported as Tyrrell has ensured she feels both every step of the way.**

**He has always been known as an active, hands-on father. It was always known that any event our daughter had, Tyrrell wouldn't miss it for the world. Even after our relationship ended more than a decade ago, he never let go of his role or responsibilities as a dad. His dedication has remained constant. As our daughter enters high school, they were both excited about this next chapter, with plans for Tyrrell to move closer so he could be part of her everyday life. He wanted to attend her weekly soccer games, school activities, and cherish the last four years of her childhood. He would jokingly tell her that he was going to apply to be a janitor or substitute at her school just so he could watch her every move and honestly, sometimes I believed he just might. He wanted, as he would put it, to "assist in tackling those teenage high school years," especially since our daughter is such a sweet, loving girl with just the right sparkle of attitude that comes with being a teenage girl.**

**Physically relocating to be closer may not have gone as he planned and i understand that Tyrrell is currently facing serious legal circumstances. I do not write this letter to excuse or overlook those concerns. Rather, I write as someone who has witnessed firsthand the man he is beyond this case, a father who is fully committed to his child. I believe that granting bond would allow him to continue being a vital presence in our daughter's life during a critical stage of her development, while he also addresses his legal matters responsibly.**

**Tyrrell is not someone who runs from responsibility, he faces it. He has proven time and time again that he is a loving, dedicated father, and I know he will continue to be that if given the opportunity.**

**Thank you for your time and consideration.**

Respectfully,

Perla Santana

July 01, 2025

The Honorable [Judge Rodriguez]

United States District Court


Re: Character Reference for Tyrrell Cherry (Bond Hearing)

Dear Judge Rodriguez,

My name is Terrence Cherry, and I am the youngest brother of Tyrrell Cherry. I am writing this letter with respect and sincerity, asking the Court to consider releasing Tyrrell on bond while he awaits further proceedings. As his younger brother, I've had a front-row seat to the type of man he truly is—dependable, compassionate, and built on strong family values.

Tyrrell has always been a guiding force in our family. He's someone we've all looked up to—not just because he's older, but because of how seriously he takes his role as a provider and protector. From the time I was little, Tyrrell has been there to help with schoolwork, life advice, and even putting food on the table when things were hard. His support for our family has never wavered.

One of the most admirable things about my brother is how committed he is to being a father to his daughter, ▮▮▮▮ even though she lives in a different state. Despite the distance, Tyrrell stays involved in her life year-round. They talk regularly, and he never misses a chance to encourage her in school or be part of her world, even from afar. When school lets out for the summer, ▮▮▮▮ comes to stay with him, and he devotes himself fully to making that time count. Those months are full of love, structure, and connection—exactly the kind of father anyone would be proud of. Watching how he treats his daughter, you see what kind of man he really is.

Tyrrell also graduated from high school and took the initiative to continue his education in international business. He's always been driven by the idea of building something of his own—whether it was a business or a legacy. He's had an entrepreneurial mindset since we were kids, and he's never lost sight of that path. He believes in working hard, staying out of trouble, and making a name through integrity—not shortcuts.

Anyone who knows Tyrrell knows he's not a violent person. In fact, I can't even remember a time he lost his temper. He's calm, level-headed, and always tries to defuse tension, not create it. For someone who's dealt with a lot of pressure in life, he's handled it all with grace and maturity. His clean criminal record until now is not a coincidence—it's a reflection of the life he's chosen to live. The version of him on paper is exactly who he is in real life.

I understand the importance of caution in the justice system, but I truly believe that Tyrrell poses no threat to the community and will comply with any terms the Court sees fit. His daughter, our family, and his future depend on him being present—not just physically, but as the anchor he's always been.

Please allow him the chance to continue being that person as he prepares to face whatever comes next in this process. Thank you for your time and for considering the person behind the case.

Sincerely,
[Terrence Cherry]
Youngest Brother of Tyrrell Cherry

**PETERSBURG IS GROWING**

*A commUNITY that sows together, grows together.*

Tyrone P. Cherry III

Executive Director, Petersburg Is Growing Inc.

tcherry@petersburgisgrowing.org | (804) 481-9134

June 28, 2025

To the Honorable Judge and Court Officials,

My name is Tyrone P. Cherry III, and I serve as the Executive Director of Petersburg Is Growing Inc., a grassroots nonprofit deeply engaged in youth leadership development, food justice, and community restoration in Petersburg, Virginia. I write this letter to express my full support for my brother, Tyrrell Cherry, and to respectfully request the court's consideration for his release on bond.

Tyrrell is my younger brother, but more than that, he is part of a family and a community that believes deeply in second chances, restoration, and accountability. Our work through Petersburg Is Growing Inc. is rooted in transforming lives through relationships, support systems, and rootedness in place. I believe that if given the opportunity to return home, Tyrrell will not only fulfill all court-mandated responsibilities but will also be surrounded by a strong, supportive environment focused on healing and growth.

Our family is ready and willing to provide the structure and support necessary to ensure his successful reentry into the community as this process unfolds. Tyrrell would have access to mentorship, mental wellness services, and community engagement through our organization's programming the same network of care we provide for many youth and adults across the city. I am personally committed to working with him during

this time.

Tyrrell has people in his corner who care deeply about his future and who understand the responsibility that comes with support. I ask that you consider the strength of our family and organizational commitment as assurance that Tyrrell will not be alone during this time.

Thank you for your consideration and for your role in administering justice with both accountability and compassion.

With deep respect,

Tyrone P. Cherry III

Executive Director

Petersburg Is Growing Inc.

To Whom It May Concern,

My name is Burgess Harris, and I am writing this letter on behalf of my close friend, Tyrrell Cherry, who is currently awaiting a bond hearing. I have known Tyrrell for 25 years since we were in 8th grade.  We attended Vance High School together, and throughout all these years, I have known him to be one of the most reliable, kind-hearted, and morally grounded people I've ever met.

Growing up, Tyrrell was someone everyone could depend on. Whether it was helping a struggling classmate with schoolwork, standing up for others who were being bullied, or simply being a loyal friend through difficult times, my experience is that he consistently demonstrated integrity and compassion. Even as teenagers, when peer pressure could easily lead others astray, Tyrrell was the voice of reason among our friends, someone who made responsible choices and encouraged others to do the same.

We were both in DECA at Vance High School, and he excelled, even surpassed me, and went to Nationals one year. Outside of school, Tyrrell was always hardworking and dedicated. Whether it was holding down a job to help his family, being a loving father to his daughter, or simply being there for his loved ones, he has consistently shown that he takes his responsibilities seriously. I have never known him to be violent, reckless, or dishonest. Tyrrell has consistently demonstrated a strong character, loyalty, and accountability.

I understand that Tyrrell is facing serious charges, but the person I know is not defined by this moment. He is a positive and uplifting person, and he has always been a great friend to me. If granted bond, I have no doubt that he will comply with all conditions set by the court, as he has always respected authority and understood the importance of doing the right thing.

I respectfully ask that you consider his character and his lifelong history of responsibility when making your decision. Thank you for your time and consideration.

Sincerely,

Burgess Harris

Betty Brianne Futrell

Charlotte, North Carolina

(919) 521-7714

brianne@livcleanco.com

June 29, 2025

To the Honorable Judge and Court Officials,

My name is Betty Brianne Futrell, and I am writing this letter in support of Tyrrell Daquan Cherry, whom I have known personally for over ten years. For five of those years, we were neighbors, and throughout that time our families grew close. Our daughters are best friends, and Tyrrell has become like family to me.

Tyrrell is someone I deeply trust—not only with my home and my friendship, but with my daughter. I have allowed her to spend time with him without my presence, and that trust is rooted in years of consistent, positive interactions. He is a dedicated father, a supportive brother, and a grounded figure in our community.

When I left a long-standing career in corporate America to start my own business, Tyrrell was one of the first people to truly support that leap. He offered encouragement, advice, and perspective that helped me step into entrepreneurship with confidence. His belief in others and willingness to uplift those around him has had a direct impact on my life and many others in our circle.

I understand the seriousness of the charges he is facing. However, I respectfully ask the Court to consider Tyrrell's full character. He is not someone I have ever known to be violent, reckless, or irresponsible. In fact, I have witnessed the opposite: a man who steps up for his family, who shows care and leadership, and who remains present in his child's life. I believe that Tyrrell has the capacity to learn from this situation, make amends where needed, and move forward as a better man.

I hope this letter provides some insight into the person I know Tyrrell to be, and I appreciate your time and consideration in reviewing it.

Sincerely,

Betty Brianne Futrell

*Brianne Futrell*

To Whom It May Concern,

I am writing this letter in full support of Tyrrell Cherry, someone who I have had the privilege of knowing for the majority of my life. Tyrrell is not only a dear friend but also a pillar of strength, character, and compassion in my life and within our entire community.

Tyrrell and I have been best friends since I was fourteen years old. Over the years, he has become more than just a friend - he has been a confidant, a support system, and, more times than I can count, my moral compass. In moments of uncertainty or difficulty, Tyrrell has always been a voice of reason, speaking truth with kindness and guiding those around him with wisdom beyond his years.

What sets Tyrrell apart is his selflessness and reliability. Whether it's showing up without hesitation when someone is sick, helping my grandparents with church functions, or attending family events with genuine joy and care, he has consistently shown up not just for me, but for my entire family. His presence is steady, loving, and deeply appreciated.

Tyrrell has always been that rare kind of person who puts others before himself - someone who sees the needs of those around him and responds with action, not just words. I've watched him support not just his loved ones but also his community: volunteering, supporting local events, standing up for what's right, and speaking up for those who feel unheard. Even in high school, he was someone that everyone loved - his voice mattered. His opinion was respected, his energy brought people together, and his intelligence inspired so many.

As a father, Tyrrell exemplifies devotion and presence. I've had the blessing of witnessing how nurturing and engaged he is with his own child and how naturally that love and attentiveness extends to others - including my own. My son has seen in Tyrrell a role model: someone kind, consistent, and full of heart.

Through the years, Tyrrell has supported friends and family through life milestones, business endeavors, creative projects, and personal struggles. He's always the first to celebrate others' wins and the first to show up in moments of need. His commitment to community, family, and justice is not only admirable - it's essential.

Tyrrell Cherry is a good man - one of the rare ones. A necessary presence in our world. He is not only valuable because of what he does, but because of who he is at his core: kind, thoughtful, intelligent, and deeply caring.

Please receive this letter as my heartfelt testament to his character, his consistency, and the light he brings to all of us who know and love him.

Sincerely,

Diana Price

DianaRPrice@yahoo.com

July 01, 2025

**Cristin Butler**

| | |
|---|---|
| **From:** | Rob Heroy |
| **Sent:** | Tuesday, July 1, 2025 6:30 PM |
| **To:** | Cristin Butler |
| **Subject:** | FW: Tyrell Cherry |

Internal (rheroy@goodmancarr.net)

Report This Email FAQ Protection by INKY

**From:** Nahail Fivbiano <fivbiano@icloud.com>
**Sent:** Tuesday, July 1, 2025 6:24 PM
**To:** Rob Heroy <rheroy@goodmancarr.net>
**Subject:** Fwd: Tyrell Cherry

Sent from my iPhone

Begin forwarded message:

> **From:** Keans Yahoo <kweat607@yahoo.com>
> **Date:** July 1, 2025 at 3:08:13 PM EDT
> **To:** fivbiano@icloud.com
> **Subject: Tyrell Cherry**

Letter of Recommendation for Tyrell Cherry

To Whom It May Concern,

I'm writing this letter to speak on behalf of my brother, my friend, and one of the realest leaders I've ever known—Tyrell Cherry. From the classroom to the boardroom, Tyrell has been a solid foundation for so many of us—never switching up, never backing down, and always pushing others to rise above.

Tyrell is the kind of person you want in your corner. As a friend, he's loyal through and through. We've seen tough times, real life hit hard, but Ty never folded. He's the one who reminds you of your worth when the world tries to tear you down. He doesn't just give advice—he lives it. Always checking in,

holding you accountable, and reminding you that we come from greatness, even if the world don't always see it.

As a brother—blood or not—Tyrell is built different. Protective, wise, and honest, he's been like a lighthouse when things got dark. You know how rare it is to find someone who genuinely wants you to win? That's Ty. He celebrates your growth like it's his own and shows love without limits.

What really sets Tyrell apart is how he leads. He's a motivational leader, not with flashy speeches, but with real talk and real action. He's walked the same streets we did, felt the same struggles, and turned all that into strength. He uplifts the youth, speaks life into those who've lost hope, and never lets his people forget where they come from—or how far they can go. His voice carries weight because he speaks truth, and people listen because they know it's coming from experience, not ego.

On the business side, Tyrell is a true mentor. He's taught us how to move smart, build with intention, and turn hustle into legacy. Whether it's helping someone start their first business, understand credit, or just giving that extra push to chase a dream, he's always willing to share the knowledge. He doesn't gatekeep—he empowers. And in a world where too many want to shine alone, Tyrell makes sure the whole team eats.

To sum it up, Tyrell Cherry is more than just a good dude—he's a force. A real one. And anyone who crosses paths with him is better because of

Kean weathers

Karima Craighead

2109 Dellrose Dr.

Hopewell, VA

June 28, 2025

To the Honorable Judge and Court Officials,

My name is Karima Craighead, and I am writing this letter in support of my brother-in-law, Tyrrell Cherry, who is currently in custody and has an upcoming bond hearing. I ask that the court consider his release on bond, as our family is prepared to support him in every way possible during this time.

I have known Tyrrell for many years-not just as my brother-in-law but as a member of our close-knit family. Tyrrell is someone who loves deeply, values his relationships, and is capable of growth when surrounded by structure, encouragement, and care. While this current situation is difficult, I believe that Tyrrell deserves the opportunity to be home with family, where he can be uplifted and supported as he navigates this legal process.

My husband and I, along with our children, are committed to creating a safe, stable environment for Tyrrell should he be released. He will not face this situation alone-we will provide transportation to court dates, help him stay on track, and surround him with the accountability and compassion that only family can offer.

Tyrrell's bond release would give him a chance to reconnect with loved ones, access resources for reflection and personal development, and prepare for his legal proceedings in a way that sets him up for success-not isolation. We are prepared to help make that possible.

Thank you for your time and thoughtful consideration.

Respectfully,
Karima Craighead

**Cristin Butler**

Internal (rheroy@goodmancarr.net)

Report This Email FAQ Protection by INKY

Sent from my iPhone

Begin forwarded message:

> **From:** Nahail Fivbiano <fivbiano@icloud.com>
> **Date:** July 1, 2025 at 6:23:05 PM GMT-4
> **To:** Rob Heroy <rheroy@goodmancarr.net>
> **Subject: character letter**

> Sent from my iPhone

> Begin forwarded message:

> > **From:** Asset Pro Services LLC <assetproservicesllc@gmail.com>
> > **Date:** July 1, 2025 at 5:57:03 PM EDT
> > **To:** Nahail Fivbiano <Fivbiano@icloud.com>

> > To The Honorable Judge,

> > My name is Angel McCray, and I am writing this letter on behalf of my best friend, Tyrrell Cherry. I respectfully ask that you receive this letter as a sincere testimony of his true character, beyond the current charges that have brought him before this court.

> > I have known Tyrrell for many years, he's the uncle to my two children and in that time I have come to know a man who is deeply kind, selfless, and grounded in the values of love, loyalty, and responsibility. He is one of the most genuine people I have in my life and someone who not only offers help without being asked, but who goes out of his way to ensure that those he cares about are emotionally and physically safe.

> > Tyrrell is a devoted father whose love for his daughter is both powerful and present. His role in her life isn't one of obligation, but of heartfelt devotion.

He leads with patience, provides with care, and instills important values with every moment he shares with them. His presence as a father is irreplaceable, and his love is something his daughter feels daily.

What makes Tyrrell special and worthy of compassion is that he has never stopped being a source of light for the people around him. He encourages others to take control of their lives, to do better and to be better. He lives with intention, and he is constantly striving to grow beyond his past and into the man he knows he can fully become.

I understand the seriousness of the circumstances but I ask the court to consider the full scope of Tyrrell's character , the father, the friend, and the man who continues to care for and uplift others even when facing difficulty himself.

Tyrrell Cherry is not defined by this one moment. He is a man with good intentions, a strong moral compass, and a heart that continues to beat for the people he loves. I believe in his ability to move forward with accountability and grace if given the opportunity.

Thank you for your time and consideration.

Respectfully,
Angel McCray
Amccray05@gmail.com

To Whom It May Concern,

I would like to first introduce myself; my name is Arthur Jennings, a loving father of three, a devoted husband, and a dedicated son of two U.S. Army veterans. I met Tyrrell Cherry at the age of eleven, in the sixth grade, and he's been a part of my life ever since. Throughout the years, he's continuously proven himself to be one of the most selfless, kind, and compassionate humans that I've ever met. Tyrrell gives grace when it's not deserved, chooses peace in the face of adversity, and continually follows the path of least resistance. While he, like all humans, is not without flaw, his deep love for family and friends shines through in everything that he does. He is one who will take full accountability and ownership of his actions and use the bed of misfortune as a lesson to propel him forward in the right direction, promoting growth.

It is with the deepest respect and warmest wishes that I thank you for your time and consideration of my assessment of Tyrrell's character.

Sincerely,

Arthur Jennings